UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

AMEGY BANK NATIONAL
ASSOCIATION,
    Plaintiff,

v.                                                Case No:   2:12-cv-243-FtM-38UAM

DB PRIVATE WEALTH
MORTGAGE, LTD. and DEUTSCHE
BANK ALEX.BROWN,
    Defendants.
_____/

## ORDER

This matter comes before the Court following a status conference held by the undersigned with the Parties on September 23, 2013.  The Parties expressed an interest in the magistrate judge holding a settlement conference in this matter after the filing of dispositive motions.  Thus, the Court will refer this matter for a settlement conference before the Honorable Douglas N. Frazier.   The case is currently set for trial term commencing in March, pursuant to the amended deadlines agreed upon during the hearing.  The parties shall contact Judge Frazier after the dispositive motions have been filed to obtain a date for a settlement conference convenient with his schedule.

Accordingly, it is now

**ORDERED:**

1. The case is **referred** to the Honorable Magistrate Judge Douglas N. Frazier to conduct a settlement conference and to enter any related Orders as deemed appropriate.

2. The parties shall contact Judge Frazier after the dispositive motions have been filed to obtain a date for a settlement conference convenient with his schedule.

**DONE** and **ORDERED** in Fort Myers, Florida this 23rd day of September, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

Hon. Douglas N. Frazier
United States Magistrate Judge