UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

AMEGY BANK NATIONAL
ASSOCIATION,

        Plaintiff,

v.                                           Case No:   2:12-cv-243-FtM-38UAM

DB PRIVATE WEALTH
MORTGAGE, LTD. and DEUTSCHE
BANK ALEX.BROWN,

        Defendants.
_____/

## **ORDER**[1]

      This matter comes before the Court on Agreed Motion to Seal (Doc. #67) filed on October 16, 2013. The Parties request that Exhibit "OO" filed in conjunction with Plaintiff's Motion for Final Summary Judgment be placed under seal. (See Doc. #65-56). As grounds, the Parties state that the exhibit is a credit memorandum prepared by Defendant DB Private Wealth Mortgage, Ltd. in connection with a loan to a third party customer, William B. Johnson, who is not a party to this case. Defendants contend the document contains non-public, confidential, and proprietary financial information. Defendants further contend that this information should be sealed because the information contained therein is protected from public disclosure pursuant to the Gramm-Leach-Bliley Act, 15 U.S.C. § 6801 ("GLBA").

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

Based upon the confidential nature of the content of this document and the fact that the Parties are in agreement, the Court finds good cause to seal the exhibit.

Accordingly, it is now

**ORDERED:**

(1) Agreed Motion to Seal (Doc. #67) is **GRANTED**. The Clerk is directed to file Exhibit "OO" under seal.

(2) The exhibit will be maintained under seal until the conclusion of this case. On or before that date, counsel may request that the documents be returned or destroyed.

**DONE** and **ORDERED** in Fort Myers, Florida this 17th day of October, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record