UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

AMEGY BANK NATIONAL
ASSOCIATION,

      Plaintiff,

v.                                       Case No:   2:12-cv-243-FtM-38UAM

DB PRIVATE WEALTH
MORTGAGE, LTD. and DEUTSCHE
BANK ALEX.BROWN,

      Defendants.
_____/

**ORDER**[1]

This matter comes before the Court on Plaintiff's Motion Re-Urging the Court to Take Judicial Notice of Texas Law (Doc. #97) filed on November 15, 2013. Defendants filed a response in opposition on November 26, 2013. The motion is now ripe for review.

Upon consideration and with benefit of the discussion at the Final Pretrial Conference on February 21, 2014, the court agrees with its previous order and will deny the Plaintiff's motion to take judicial notice of the said Texas Penal Code. Plaintiff has not provided any new dispositive case law to persuade the Court otherwise. The Court's decision is in good company. See e.g., Powell v. Galveston Independent School Dist., No. G-06-415, 2006 WL 2239097, at *3 (S.D. Tx. Aug. 1, 2006) ("The concept of Rule

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

201 is to take notice of a non-argumentative fact. Obviously, a finding that a state entity such as Defendant violated federal criminal statutes is one that would be hotly contested. Judicial notice is an entirely inappropriate mechanism for such a determination.").

Accordingly, it is now

**ORDERED:**

Plaintiff's Motion Re-Urging the Court to Take Judicial Notice of Texas Law ([Doc. #97](#)) is **DENIED**.

**DONE** and **ORDERED** in Fort Myers, Florida this 21st day of February, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record