UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

AMEGY BANK NATIONAL
ASSOCIATION,

       Plaintiff,

v.                                                                              Case No:   2:12-cv-243-FtM-38CM

DB PRIVATE WEALTH
MORTGAGE, LTD. and DEUTSCHE
BANK ALEX.BROWN,

       Defendants.
_____/

### ORDER[1]

This matter comes before the Court on Counsel's Request to Bring Electronics into Courtroom as discussed during the Final Pretrial Conference held on February 21, 2014.  The Court believes allowing the Parties to bring additional electronic equipment into the courtroom will benefit the trial process and allow each side to present its case in a more efficient manner.  Thus, pursuant to Chief Judge Conway's General Order each attorney who presents a valid bar card may bring in one cell phone, however, the paralegals and/or trial assistants will not be allowed to bring in a cell phone.  The cell phones must be turned off while the Court is in session.  Further, each side will be

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

allowed to bring in two (2) lap top computers and associated mouse and wiring necessary to operate the lap tops and one (1) Ipad.

Accordingly, it is now

**ORDERED:**

Oral Motion to Bring Electronics into Courtroom is **GRANTED**.

**DONE** and **ORDERED** in Fort Myers, Florida this 21st day of February, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record