UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

AMEGY BANK NATIONAL ASSOCIATION,

    Plaintiff,

v.                                      Case No:  2:12-cv-243-FtM-38CM

DB PRIVATE WEALTH MORTGAGE, LTD. and DEUTSCHE BANK ALEX.BROWN,

    Defendants.
_____/

## ORDER[1]

In light of the summary judgment being issued in this matter, the Parties are directed to meet and confer telephonically and thereafter file updated joint proposed jury instructions, joint purposed verdict form, and joint pretrial statement no later than **Thursday, March 6, 2014**.

**DONE** and **ORDERED** in Fort Myers, Florida this 28th day of February, 2014.

                                            SHERI POLSTER CHAPPELL
                                            UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.