UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

AMEGY BANK NATIONAL
ASSOCIATION,

      Plaintiff,

v.                                   Case No:   2:12-cv-243-FtM-38CM

DB PRIVATE WEALTH
MORTGAGE, LTD. and DEUTSCHE
BANK ALEX.BROWN,

      Defendants.
_____/

### **ORDER**[1]

This matter comes before the Court on review of the docket. Plaintiff through its counsel filed a letter addressed to the undersigned (Doc. #149) on March 5, 2014. This letter does not comply with the local rules of the Middle District of Florida. See Local Rule M.D. Fla. 3.01(f) ("All applications to the Court [] requesting relief in any form … shall not be addressed or presented to the Court in the form of a letter or the like."). Therefore, Plaintiff's letter is due to be stricken. Should the Plaintiff wish to make objections to documents filed by the Defendants, the Plaintiff should file a Motion.

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

The Clerk is directed to **STRIKE** Plaintiff's letter ([Doc. #149](Doc. #149)).

**DONE** and **ORDERED** in Fort Myers, Florida this 5th day of March, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record