UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

AMEGY BANK NATIONAL
ASSOCIATION,

    Plaintiff,

v.                                          Case No:  2:12-cv-243-FtM-38CM

DB PRIVATE WEALTH
MORTGAGE, LTD. and DEUTSCHE
BANK ALEX.BROWN,

    Defendants.
_____/

### **FINAL JUDGMENT ON A JURY VERDICT**[1]

Commencing on March 11, 2014, this action was tried by a duly empaneled jury with the undersigned presiding. On March 14, 2014, the jury rendered a unanimous verdict, and after polling the jury, the Court accepted the same. (See Doc. #172, Doc. #173, Doc. #174).

It is, therefore, **ORDERED, ADJUDGED and DECREED** that Plaintiff Amegy Bank National Association shall have and recover from Defendant Deutsche Bank Alex.Brown, a division of Deutsche Bank Securities Inc., the total sum of **$16,899,811.42** ($16,698,811.42 in compensatory damages and $201,000.00 in punitive damages), post

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

judgment interest thereon at the rate of .12% from the date this judgment is signed until fully paid, and all costs of this suit.

Pursuant to Fed. R. Civ. P. 54(b) and finding that there is no just reason for delay, this is a final judgment. The Court will subsequently consider Plaintiff's claim for attorneys' fees and related nontaxable expenses.

**DONE** and **ORDERED** in Fort Myers, Florida this 18th day of March, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record